UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PARTECH, INC.,

        Plaintiff,

    -v-                                   6:09-CV-28-DNH-DEP

PAPA MURPHY'S INTERNATIONAL, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## O R D E R

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on April 23, 2009, in Utica, New York, it is hereby

ORDERED that

(1) Defendant's motion to dismiss for lack of personal jurisdiction is DENIED;

(2) Defendant's motion to dismiss for improper venue is DENIED;

(3) Defendant's motion to transfer plaintiff's complaint to the United States District Court for the Western District of Washington is GRANTED.

The Clerk of the Court is directed to transfer the file to the Western District of Washington and to close the file in the Northern District of New York.

IT IS SO ORDERED.

_____
United States District Judge

Dated: April 23, 2009
       Utica, New York.